ACCEPTED
03-15-00653-CV
7674391
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 10:05:17 AM
JEFFREY D. KYLE
CLERK



## MODESETT WILLIAMS PLLC
### BUSINESS ● TRIAL ● LAWYERS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/4/2015 10:05:17 AM
JEFFREY D. KYLE
Clerk

CAPITAL CENTER
919 CONGRESS AVENUE       FACSIMILE: 512-481-0130
SUITE 1425                WWW.MODWIL.COM
AUSTIN, TX 78701

November 4, 2015

***Via Electronic Mail***
pswacina@regencyhealthcare.com


Mr. Paul Swacina
Law Office of Paul Swacina
101 West Goodwin Avenue, Suite 520
Victoria, Texas  77901

> Re: Case No. 03-15-00653-CV; *Regency Post-Acute Healthcare System, Inc. d/b/a Lost Pines Nursing and Rehabilitation Center v. Jerry Haywood, Lillie Piper, Geneva McMarion, Hulisher Haywood, James Haywood, Dorothy Haywood-Dockery, Individually and as Representatives of the Estate of Margaret Haywood, Deceased,* in the Third Court of Appeals

Dear Paul:

This letter shall serve as notice that I will be on vacation from through November 9 through November 13, 2015.

Please do not schedule any hearings or other matters during that time frame.

I very much appreciate your cooperation in this regard and will gladly reciprocate.

Regards,

Jack Modesett

JHM/jd